# IN THE UNITED STATES DISTRICT COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE TIMOTHY M. REIF

| | | |
|---|---|---|
| UNITED STATES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| WINLAND INTERNATIONAL, INC., dba Super Tire, Inc., ZHENG "MIRANDA" ZHAO, KUN "BRUCE" LIU, LIANG "LEON" YU, XIN "DEVIN" ZHANG, SHAOHUI "JASPER" JIA, QINGHUA "SHIRLEY" SONG, YU "JOANNA" PENG, LI "CATHY" CHEN, DENG "DAVID" YONGQIANG, XIAOZHEN "JENNY" ZHANG, JINBING "DAVID" WANG, DI "TERRY" WANG, LIN "LEO" ZHANG, and MINGLIAN "BILL" LI, | ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 1:20-cv-03902 |
| | ) | |
| Defendants. | ) | |
| | ) | |

## <u>ORDER STAYING PROCEEDINGS</u>

Having considered Defendant Liu's Amended Unopposed Motion to Stay All Proceedings (Doc. 18), it is hereby **ORDERED** that all requirements, deadlines (including responsive pleading deadlines), and further proceedings in this action before this Court are stayed pending disposition of the related criminal case in the United States District Court for the Southern District of Texas (Criminal Case No. 4:20-cr-00535).

It is further **ORDERED** that within fifteen (15) days upon resolution of the criminal case against defendants Zheng "Miranda" Zhao, et al, the parties shall submit a joint status report to the Court.

**IT IS SO ORDERED.**

Dated: April 22, 2021
New York, New York

/s/ Timothy M. Reif
Timothy M. Reif, Judge